UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

XU HU,

Plaintiff,

v.

Todd Blanche, U.S. ATTORNEY GENERAL, Markwayne Mullin, U.S. SECRETARY OF HOMELAND SECURITY, Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and DIRECTOR, TEXAS SERVICE CETNER, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
1:26-cv-4694

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
September 8, 2026

By: */s/Clement A. Francis*

Clement A. Francis
3636 Prince Street, Suite 303
Flushing, NY 11354
718-963-6666
clementfrancisesq@gmail.com
*Counsel for Plaintiff*

**So Ordered:** ______________
**Kiyo A. Matsumoto**
**U.S. District Judge**
9/9/2026

Dated: Brooklyn, New York
September 8, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: *<u>/s Justin S. Kirschner</u>*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov